## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

GREEN TREE SERVICING MORTGAGE CO.

          v.

GENNARO RAUSO, AS MARK FERRERI'S AND TRI STATE INVESTMENTS 1, LLC'S ASSIGNEE

PETITION OF: GENNARO RAUSO

:  No. 373 MAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal and the Application for Substitution of Parties are **DENIED**.